UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CARL RAY EVANOFF, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:24-CV-348-PPS-AZ |
| GARRETT P.D., et al., | |
| Defendants. | |

## OPINION AND ORDER

Carl Ray Evanoff, a prisoner without a lawyer, filed a complaint against thirteen defendants alleging they violated his Fourth Amendment rights when he was falsely arrested for violating a protective order. ECF 1. On January 29, 2026, I issued a screening order pursuant to 28 U.S.C. § 1915A that determined Evanoff failed to state a claim. ECF 15. I granted Evanoff until March 2, 2026, to file an amended complaint and warned him that if he did not do so his case was subject to dismissal under 28 U.S.C. § 1915A without further notice. *Id.* at 10. In a letter dated February 2, which this Court received on February 10, Evanoff indicated he wished to dismiss his case. ECF 16. Additionally, the March 2 deadline to file an amended complaint has passed.

Accordingly, Evanoff's case is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk is directed to close this case.

SO ORDERED on March 4, 2026.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT